Damien M. Schiff, Cal. Bar No. 235101*
Luke A. Wake, Cal. Bar No. 264647*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
DSchiff@pacificlegal.org
LWake@pacificlegal.org

Isaiah H. McKinney, Tex. Bar No. 24120412*
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
IMcKinney@pacificlegal.org

*Pro Hac Vice Pending

Attorneys for Plaintiffs
Iliamna Natives Ltd. and
Alaska Peninsula Corp.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ILIAMNA NATIVES LTD. and ALASKA PENINSULA CORP., <br><br>       Plaintiffs, <br><br>   v. <br><br> ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, in his official capacity as Administrator of the Environmental Protection Agency; BRUNO PIGOT, in his official capacity as Environmental Protection Agency's Acting Assistant Administrator for Water, <br><br>       Defendants. | Case No. 3:24-cv-00132-JMK |

## NOTICE OF RELATED CASES

Pursuant to Local Civil Rule 16.1, Plaintiffs submit notice that this case is related to two cases: (1) *Northern Dynasty Minerals Ltd. v. United States*, No. 3:24-cv-00059-SLG, in which the complaint was filed in the U.S. District Court for the District of Alaska on March 15, 2024; and (2) *State of Alaska v. United States Environmental Protection Agency*, No. 3:24-cv-00084-SLG, in which the complaint was filed in the U.S. District Court for the District of Alaska on April 11, 2024.

Like the plaintiffs in *Northern Dynasty* and *Alaska*, Plaintiffs challenge the Environmental Protection Agency's veto of the use of Bristol Bay waters as disposal sites.

Plaintiffs request a common judicial assignment.

DATED: June 24, 2024.

<table>
<tr><td></td><td>Respectfully submitted,</td></tr>
<tr><td></td><td>DAMIEN M. SCHIFF*<br>LUKE A. WAKE*<br>ISAIAH H. McKINNEY*</td></tr>
<tr><td>*Pro Hac Vice Pending</td><td>By___/s/ Damien M. Schiff_____<br>DAMIEN M. SCHIFF, <i>Pro Hac Vice</i><br>Cal. Bar No. 235101</td></tr>
<tr><td></td><td><i>Attorneys for Plaintiffs<br>Iliamna Natives Ltd. and<br>Alaska Peninsula Corp.</i></td></tr>
</table>