Damien M. Schiff, Cal. Bar No. 235101*
Luke A. Wake, Cal. Bar No. 264647*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
DSchiff@pacificlegal.org
LWake@pacificlegal.org

Isaiah H. McKinney, Tex. Bar No. 24120412*
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
IMcKinney@pacificlegal.org

*Pro Hac Vice*

Attorneys for Plaintiffs
Iliamna Natives Ltd. and
Alaska Peninsula Corp.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ILIAMNA NATIVES LTD. and ALASKA PENINSULA CORP., <br><br> Plaintiffs, <br><br> v. <br><br> ENVIRONMENTAL PROTECTION AGENCY; et al., <br><br> Defendants. | Case No. 3:24-cv-00132-SLG |

**DECLARATION OF SERVICE VIA CERTIFIED MAIL**

I, Tawnda Dyer, declare as follows:

I am employed at Pacific Legal Foundation, with which are associated the counsel of record for Plaintiffs in this matter, at whose direction the below-described service was made. I am 18 years of age or older and not a party to this matter.

On July 3, 2024, I placed true copies of the (1) Summons in a Civil Action; (2) Complaint; (3) Civil Cover Sheet; (4) Plaintiffs' Federal Rule of Civil Procedure 7.1 Disclosure Statement; (5) Notice of Related Cases; (6) Motion and Application of Non-Eligible Attorney for Permission to Appear and Participate in the United States District Court for the District of Alaska for Damien M. Schiff; (7) Motion and Application of Non-Eligible Attorney for Permission to Appear and Participate in the United States District Court for the District of Alaska for Isaiah H. McKinney; (8) Motion and Application of Non-Eligible Attorney for Permission to Appear and Participate in the United States District Court for the District of Alaska for Luke A. Wake; (9) Clerk's notice authorizing Damien M. Schiff to appear pro hac vice; (10) Clerk's notice authorizing Isaiah H. McKinney to appear pro hac vice; (11) Clerk's notice authorizing Luke A. Wake to appear pro hac vice; (10) Order of Recusal; and (11) Order reassigning case to Judge Sharon L. Gleason in envelopes addressed as follows:

| | |
|---|---|
| Environmental Protection Agency<br>Mail Code 2310A<br>1200 Pennsylvania Avenue N.W.<br>Washington, DC 20004 | 7022 0410 0002 9219 4542 |
| Michael S. Regan<br>Administrator<br>Mail Code 1101A<br>Environmental Protection Agency<br>1200 Pennsylvania Avenue N.W.<br>Washington, DC 20004 | 7022 0410 0002 9219 4559 |
| Bruno Pigot<br>Acting Assistant Administrator for Water<br>Mail Code 4101M<br>Environmental Protection Agency<br>1200 Pennsylvania Avenue N.W.<br>Washington, DC 20004 | 7022 0410 0002 9219 4566 |
| Merrick Garland<br>Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | 7022 0410 0002 9219 4528 |
| S. Lane Tucker<br>U.S. Attorney's Office<br>222 West 7th Avenue, Room 253, #9<br>Anchorage, Alaska 99513<br>Attn: Civil Process Clerk | 7022 0410 0002 9219 4535 |

to be mailed via certified mail with return receipt at a United States Post Office in Roseville, California.

I have attached true and correct copies of the United States Postal Service email notices sent to me which indicate that the above-described papers have been delivered to the addressees.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 24th day of July, 2024, at Roseville, California.

                                                             */s/ Tawnda Dyer*
                                                             TAWNDA DYER

**USPS® Item Delivered, Front Desk/Reception/Mail Room 70220410000292194542**

auto-reply@usps.com <auto-reply@usps.com>
Tue 7/23/2024 8:03 AM
To:Tawnda Dyer <TDyer@pacificlegal.org>



Hello **Tawnda**,

Your item was delivered to the front desk, reception area, or mail room at 8:34 am on July 15, 2024 in WASHINGTON, DC 20460.

Tracking Number: **70220410000292194542**

**Delivered, Front Desk/Reception/Mail Room**



**Tracking & Delivery Options**

**My Account**

**USPS® Item Delivered, Front Desk/Reception/Mail Room 70220410000292194559**

auto-reply@usps.com <auto-reply@usps.com>

Tue 7/23/2024 8:04 AM

To: Tawnda Dyer <TDyer@pacificlegal.org>



Hello **Tawnda**,

Your item was delivered to the front desk, reception area, or mail room at 8:34 am on July 15, 2024 in WASHINGTON, DC 20460.

Tracking Number: **70220410000292194559**

**Delivered, Front Desk/Reception/Mail Room**



**Tracking & Delivery Options**

**My Account**

**USPS® Item Delivered, Front Desk/Reception/Mail Room 70220410000292194566**

auto-reply@usps.com <auto-reply@usps.com>

Tue 7/23/2024 8:03 AM

To:Tawnda Dyer <TDyer@pacificlegal.org>



Hello **Tawnda**,

Your item was delivered to the front desk, reception area, or mail room at 8:34 am on July 15, 2024 in WASHINGTON, DC 20460.

Tracking Number: **70220410000292194566**

**Delivered, Front Desk/Reception/Mail Room**



**Tracking & Delivery Options**

**My Account**

**USPS® Item Delivered, Individual Picked Up at Postal Facility 70220410000292194528**

auto-reply@usps.com <auto-reply@usps.com>
Tue 7/23/2024 8:12 AM
To:Tawnda Dyer <TDyer@pacificlegal.org>



Hello **Tawnda**,

Your item was picked up at a postal facility at 4:54 am on July 15, 2024 in WASHINGTON, DC 20530.

Tracking Number: **70220410000292194528**

**Delivered, Individual Picked Up at Postal Facility**



**Tracking & Delivery Options**

**My Account**

**USPS® Item Delivered, Left with Individual 70220410000292194535**

auto-reply@usps.com <auto-reply@usps.com>
Mon 7/8/2024 2:55 PM
To:Tawnda Dyer <TDyer@pacificlegal.org>



Hello **Tawnda**,

Your item was delivered to an individual at the address at 1:50 pm on July 8, 2024 in ANCHORAGE, AK 99501.

Tracking Number: **70220410000292194535**

**Delivered, Left with Individual**



**Tracking & Delivery Options**

**My Account**