Damien M. Schiff, Cal. Bar No. 235101*
Luke A. Wake, Cal. Bar No. 264647*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
DSchiff@pacificlegal.org
LWake@pacificlegal.org

Isaiah H. McKinney, Tex. Bar No. 24120412*
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
IMcKinney@pacificlegal.org

*Pro Hac Vice

*Attorneys for Plaintiffs
Iliamna Natives Ltd. and
Alaska Peninsula Corp.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ILIAMNA NATIVES LTD., et al., | Case No. 3:24-cv-00132-SLG |
|---|---|
| Plaintiffs, | |
| v. | |
| ENVIRONMENTAL PROTECTION AGENCY; et al., | |
| Defendants. | |

**STIPULATION AND JOINT MOTION TO STAY**

Plaintiffs Iliamna Natives Ltd., et al., and Defendants Environmental

Protection Agency, et al. (collectively, "EPA"), hereby stipulate to and move for

a stay of the deadlines set forth in Local Rule 16.3, and provide the following reasons therefor:

1. Plaintiffs filed this Administrative Procedure Act lawsuit on June 24, 2024, challenging the January 2023 Final Determination of the U.S. Environmental Protection Agency Pursuant to Section 404(c) of the Clean Water Act [for the] Pebble Deposit Area, Southwest Alaska ("Final Determination").

2. Pending before the Court are two other APA challenges to the Final Determination, filed by Northern Dynasty Minerals and the State of Alaska. *Northern Dynasty Minerals Ltd. v. United States*, No. 3:24-cv-00059-SLG (Mar. 15, 2024); *State of Alaska v. United States Environmental Protection Agency*, No. 3:24-cv-00084-SLG (Apr. 11, 2024).

3. In the *Alaska* case, EPA has moved for a protective order with respect to certain parts of the administrative record that EPA asserts are subject to federal copyright protection and licensing agreements. *State of Alaska*, Doc. No. 50 (Aug. 9, 2024).

4. On August 2, 2024, EPA filed in this action an index of the administrative record and served on Plaintiffs those parts of the administrative record not subject to EPA's proposed protective order. Doc. No. 15.

5. Plaintiffs' position is that, because the entire administrative record has not yet been served on Plaintiffs, the deadlines in Local Rule 16.3 have not yet begun to run. EPA does not agree with Plaintiffs' position but nonetheless has agreed to the stay sought in this motion.

6. Counsel for Plaintiffs and EPA have conferred and believe that a stay in this action of the deadlines in Local Rule 16.3 would be appropriate pending the Court's resolution of EPA's motion for a protective order in the *Alaska* case. A stay would also be advisable to facilitate the possible consolidation of, and the coordination of briefing in, the three cases challenging EPA's Final Determination.

7. The parties also have agreed that it would be appropriate to grant a one-week extension of EPA's deadline to respond to Plaintiffs' complaint.

In light of the foregoing, Plaintiffs and EPA request that the deadlines in Rule 16.3 be stayed until further ruling from this Court. *See generally Landis v. North American Co.*, 299 U.S. 248, 254–55 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."). The Parties also request that EPA's deadline to respond to Plaintiff's complaint be extended from September 6 to September 13, 2024.

Should the Court grant the stay, the parties will submit a joint status report addressing scheduling matters, including potential consolidation and a coordinated briefing schedule, within 14 days of the Court's ruling on the motion for a protective order in the *Alaska* case.

DATED: August 22, 2024.

Respectfully submitted,

DAMIEN M. SCHIFF*
LUKE A. WAKE*
ISAIAH H. McKINNEY*

*Pro Hac Vice*

By  /s/ Damien M. Schiff
DAMIEN M. SCHIFF, *Pro Hac Vice**
Cal. Bar No. 235101

*Attorneys for Plaintiffs Iliamna Natives Ltd. and Alaska Peninsula Corp.*

DATED: August 22, 2024.

    TODD KIM
    Assistant Attorney General
    Environment and Natural Resources Division

    S. LANE TUCKER
    United States Attorney
    District of Alaska

    By  /s/ Mark. A. Nitczynski
    MARK A. NITCZYNSKI
    United States Department of Justice - ENRD
    Environmental Defense Section
    999 18th Street; South Terrace, Suite 370
    Denver, CO 80202
    Telephone: (303) 844-1498
    mark.nitczynski@usdoj.gov

    ELISABETH H. CARTER
    United States Department of Justice - ENRD
    Environmental Defense Section
    P.O. Box 7611
    Washington, D.C. 20044
    Telephone: (202) 598-3141
    elisabeth.carter@usdoj.gov

    *Attorneys for the United States*

## Certificate of Service

I certify that on August 22, 2024, I filed the foregoing using the Court's ECF system, which will provide service to all counsel of record.

        /s/ Damien M. Schiff
DAMIEN M. SCHIFF, *Pro Hac Vice*
Cal. Bar No. 235101

*Attorney for Plaintiffs Iliamna Natives Ltd. and Alaska Peninsula Corp.*