IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ILIAMNA NATIVES LTD., et al., | Case No. 3:24-cv-00132-SLG |
|---|---|
| Plaintiffs, | |
| v. | |
| ENVIRONMENTAL PROTECTION AGENCY; et al., | |
| Defendants. | |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO STAY

The Court hereby grants the parties' joint motion to stay the deadlines set forth in Local Rule 16.3 until the Court rules on the motion for a protective order in *State of Alaska v. United States Environmental Protection Agency*, No. 3:24-cv-00084-SLG. The Court also extends the deadline for Defendants to respond to Plaintiffs' complaint. EPA's response is due September 13, 2024.

The parties are directed to prepare and file a joint status report addressing scheduling matters, including potential consolidation and a coordinated briefing schedule, within 14 days of the Court's ruling on the motion for a protective order in the *Alaska* case.

DATED this ___ day of _____, 2024, at Anchorage, Alaska.

_____
Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I certify that on August 22, 2024, I filed the foregoing using the Court's ECF system, which will provide service to all counsel of record.

          /s/ Damien M. Schiff
          DAMIEN M. SCHIFF, *Pro Hac Vice*
          Cal. Bar No. 235101

          *Attorney for Plaintiffs Iliamna Natives Ltd. and Alaska Peninsula Corp.*

*Iliamna Natives Ltd. v. EPA*    2
No. 3:24-cv-00132-SLG
Case 3:24-cv-00132-SLG Document 17-1 Filed 08/22/24 Page 2 of 2