# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ILIAMNA NATIVES LTD., *et al.*,<br><br>   Plaintiffs,<br> v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>   Defendants. | Case No. 3:24-cv-00132-SLG |

## ORDER GRANTING JOINT MOTION TO STAY

Before the Court at Docket 17 is the parties' Stipulation and Joint Motion to Stay. Upon due consideration, the Court hereby grants the parties' joint motion to stay the deadlines set forth in Local Rule 16.3 until the Court rules on the motion for a protective order in *State of Alaska v. United States Environmental Protection Agency*, No. 3:24-cv-00084-SLG. The Court also extends the deadline for Defendants to respond to Plaintiffs' complaint. EPA's response is due September 13, 2024.

The parties are directed to prepare and file a joint status report addressing scheduling matters, including potential consolidation and a coordinated briefing schedule, within **14 days** of the Court's ruling on the motion for a protective order in the *Alaska* case.

DATED this 23rd day of August 2024, at Anchorage, Alaska.

               */s/ Sharon L. Gleason*
               UNITED STATES DISTRICT JUDGE