# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ILIAMNA NATIVES LTD., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants, <br><br> TROUT UNLIMITED, <br><br> Intervenor-Defendant. | Case No. 3:24-cv-00132-SLG |

**DECLARATION OF BRIAN KRAFT**

I, Brian Kraft, state and declare as follows:

1. I have been an individual member of Trout Unlimited ("TU") since 1999 and a business member since 2007. I have also been a long-time volunteer and advisor for TU staff. I have traveled many times to Washington D.C., Juneau, and Anchorage to meet with decision makers on behalf of TU to advocate for protecting the Bristol Bay region from the dangers of mining.

2. My wife and I own and operate two sportfishing lodges in the Bristol Bay watershed—the Alaska Sportsman's Lodge on the Kvichak River near Lake Iliamna, and Bristol Bay Lodge on Lake Aleknagik. We provide full-service fishing facilities and fly out excursions, provide chef-prepared meals, and create travel packages that include private charter transportation from Anchorage. We hope that our daughters will take over our family business, as they are avid fishers and share our deep love of Bristol Bay.

3. I located my businesses in the Bristol Bay watershed precisely because the area is unique. At the start of our sport fishing season in June, we fish for rainbow trout, arctic grayling, and northern pike. By mid-June, our anglers catch king salmon and rainbow trout on three of our backyard rivers to the Alaska Sportsman's Lodge. During the end of June and through July, the Kvichak becomes the passageway for sockeye salmon to instinctively return to their spawning beds throughout the Iliamna drainage. Millions of sockeye pass right in front of our Alaskan fishing lodge each summer. By August, the silver, chum, and pink salmon arrive on our rivers. From August and going through October, the rainbow trout return to the Kvichak to stock up for the long cold winter. In addition, the Agulawok and Agulukpak Rivers, the "home-waters" for Bristol Bay Lodge, provide some of the region's most productive and consistent fishing for rainbow trout, arctic char, grayling, and Dolly Varden. The long season with many trophy fish makes for varied and world-class sportfishing just outside the doors of my lodges.

4. That the area is pristine and undeveloped cannot be overstated as a reason my lodges are a vacation destination. My business, and the economic powerhouse that is Bristol Bay, are driven by sportfishing, hunting, hiking, wildlife viewing, and relaxing in the undisturbed Alaskan wilderness. Many of my clients emphasize the remote, quiet, and wild setting as their reason to fish near my lodges.

5. The construction and operation of an open-pit mine and all the associated infrastructure and development that comes with it would be catastrophic to my business and the region. The proposed mining infrastructure, and most importantly, the adverse impacts to fish returns, fishing opportunities, and loss of streams, waterways, and fish

spawning grounds, all would be detrimental to the lodge's purpose and primary fishing business.

6. Many of my guests have expressed that they would no longer come to my lodge if the proposed Pebble mine is built. With development of the mine, I would no longer market the wild and pristine area as hundreds of miles from highways and human development. Guests have told me they do not want to fish in developed areas as well for fear that the mine would disrupt fisheries and change the bounty and quality of trophy fish that return here.

7. The Environmental Protection Agency's ("EPA's") 2023 Final Clean Water Act Determination ("Final Determination") is a safeguard against the dangers posed by massive open pit mining at the headwaters of Bristol Bay and something we can show customers to prove that the EPA found that mining at the scale proposed by Pebble Limited Partnership would result in unacceptable adverse impacts on the Bristol Bay watershed and would therefore be prohibited.

8. However, the constant efforts to push the mine forward have made planning for the future impossible. I am limited in future marketing of my lodge and cannot plan on long-term investments. Nor can I assure customers that the pristine waters of Bristol Bay will be fully protected against adverse environmental impacts posed by massive, open-pit mining.

9. Upholding the EPA's Final Determination would redress my concerns and allow me to assure customers that the prohibition against mining is likely to remain in

-3-
Case 3:24-cv-00132-SLG   Document 23-2   Filed 09/30/24   Page 4 of 6

place. Steps toward keeping the Final Determination in place and preventing broad scale mining in Bristol Bay support the future of my business and way of life in the watershed.

\* \* \*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 23, 2024

Anchorage, AK

Signed,

Brian Kraft