IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ILIAMNA NATIVES LTD., *et al.*,<br><br>      Plaintiffs,<br><br> v.<br><br>ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>      Defendants,<br><br>TROUT UNLIMITED,<br><br>      Intervenor-Defendant. | Case No. 3:24-cv-00132-SLG |

**[PROPOSED] ORDER GRANTING PROPOSED INTERVENOR-DEFENDANT TROUT UNLIMITED'S MOTION TO INTERVENE**

Having considered Proposed Intervenor-Defendant Trout Unlimited's Motion to Intervene, as well as any opposition thereto, and pursuant to Federal Rule of Civil Procedure 24, it is hereby

ORDERED that the motion is GRANTED and Trout Unlimited admitted in this litigation as an Intervenor-Defendant. Trout Unlimited is directed to file its Answer within seven (7) days of this Order.

DATED this _____ day of _____, 2024.

                     _____
                     SHARON GLEASON
                     UNITED STATES DISTRICT JUDGE