TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

S. LANE TUCKER
United States Attorney
District of Alaska

MARK A. NITCZYNSKI
United States Department of Justice - ENRD
Environmental Defense Section
999 18th Street; South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1498
Email: mark.nitczynski@usdoj.gov

ELISABETH H. CARTER
United States Department of Justice - ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 598-3141
Email: elisabeth.carter@usdoj.gov

*Attorneys for the United States*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ILIAMNA NATIVES LTD. and ALASKA PENINSULA CORP., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | Case No.3:24-cv-00132-SLG |

## STATUS REPORT REGARDING CONSOLIDATION AND SCHEDULING

In accordance with this Court's Order Granting Joint Motion to Stay ("Stay Order"), ECF 18, Plaintiffs Iliamna Natives, Ltd. and the Alaska Peninsula Corporation, the United States Environmental Protection Agency ("EPA"), and Intervenor-Defendants[1] submit this status report regarding scheduling matters, including a coordinated briefing schedule and potential consolidation with related cases.

1. Plaintiffs filed the Complaint in this case on June 24, 2024, ECF 1, and EPA filed its Answer to the Complaint on September 13, 2024. ECF 20.

2. On August 2, 2024, EPA filed its certified index of the documents comprising its administrative record and served the record on Plaintiffs, excluding materials potentially subject to copyright protection. ECF 15.

3. On August 9, 2024, EPA filed a Motion for Protective Order in the related case, *State of Alaska v. Environmental Protection Agency, et al.*, Case No. 3:24-cv-00084-SLG ("*State of Alaska*"). EPA's Motion for Protective Order addressed the treatment of approximately 750 documents potentially subject to copyright protection in EPA's administrative record. *State of Alaska*, ECF 51.

4. On August 22, 2024, Plaintiffs and EPA stipulated and moved for a stay of these proceedings until after the Court ruled on EPA's Motion for Protective Order in the *State of Alaska* matter. ECF 17.

5. This Court issued the Stay Order on August 23, 2024. ECF 72. The Court

---

[1] Intervenor-Defendants consist of three entities or sets of entities: Trout Unlimited, the "Bristol Bay Intervenors," and the "SalmonState Intervenors." *See* ECF 39 at 1-2.

ordered that the parties "prepare and file a joint status report addressing scheduling matters, including potential consolidation and a coordinated briefing schedule, within 14 days of the Court's ruling on the motion for a protective order in the [*State of*] *Alaska* case." ECF 18.[2]

6. On October 2, 2024, this Court granted EPA's motion for a protective order in the *State of Alaska* case. *State of Alaska*, ECF 78. Accordingly, the parties' joint status report regarding consolidation and scheduling is due on October 16, 2024. ECF 18.

7. On October 10, 2024, this Court granted motions to intervene filed by the Intervenor-Defendants. ECF 39.

8. As to consolidation, Plaintiffs, EPA, and Intervenor-Defendants report that three related cases challenge the January 2023 Final Determination of the U.S. Environmental Protection Agency Pursuant to Section 404(c) of the Clean Water Act[;] Pebble Deposit Area, Southwest Alaska: (1) *Northern Dynasty Minerals Ltd. v. United States Environmental Protection Agency*, Case No. 3:24-cv-00059-SLG ("*Northern Dynasty*"); (2) the *State of Alaska* matter; and (3) the instant case. Plaintiffs, EPA, and Intervenor-Defendants agree that consolidation of this case with the *Northern Dynasty* case and the *State of Alaska* matter is appropriate, and expect that a joint motion to consolidate will be filed shortly.

9. Plaintiffs, EPA, and Intervenor-Defendants also agree that the briefing deadlines in this case should be the same as the remaining deadlines in the *Northern Dynasty* matter, as set forth in the Revised Scheduling Order, ECF 89, in that matter, with allowance

---

[2] This Court entered a similar stay order in the *State of Alaska* matter. Today, the parties to the *State of Alaska* matter also are filing a status report in that case.

for other parties to file a response to a motion to supplement. Accordingly, the schedule would be as follows:

      (a) If the parties reach agreement that either (i) EPA's administrative record does not require supplementation or (ii) EPA's administrative record will be supplemented and none of the parties will file a motion to supplement EPA's record, then the parties will submit a joint motion or status report(s) with the Court on or before October 25, 2024, proposing a schedule for further proceedings. If the parties do not reach such an agreement, then briefing of a motion to supplement the record will proceed under the schedule set forth in paragraphs (b) and (c) below.

      (b) The deadline for parties to file a motion to supplement the administrative record shall be November 1, 2024.

      (c) If one or more parties files a motion to supplement the administrative record in accordance with paragraph (b), then the deadline for any response to the motion shall be December 13, 2024, and the deadline for the reply(ies) shall be January 10, 2025.

      (d) If a party files a motion to supplement the record, then the parties will submit a joint motion or status report(s) within two weeks of the Court's ruling on that motion, proposing a schedule for further proceedings.

*Iliamna Natives LTD. et al. v. EPA et al.*, No. 3:24-cv-00132-SLG     Page 3

Case 3:24-cv-00132-SLG     Document 44     Filed 10/16/24     Page 4 of 6

Respectfully submitted on October 16, 2024,

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

S. LANE TUCKER
United States Attorney
District of Alaska

 /s/ Mark A. Nitczynski
MARK A. NITCZYNSKI
United States Department of Justice - ENRD
Environmental Defense Section
999 18th Street; South Terrace, Suite 370
Denver, CO 80202
Phone: (303) 844-1498
Email: mark.nitczynski@usdoj.gov

ELISABETH H. CARTER
United States Department of Justice - ENRD
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Phone: (202) 598-3141
Email: elisabeth.carter@usdoj.gov

*Attorneys for the United States*

 /s/ Damien M. Schiff
Damien M. Schiff, Cal. Bar No. 235101
(pro hac vice)
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Phone: (916) 419-7111
Email: DSchiff@pacificlegal.org

*Attorneys for Plaintiffs Iliamna Natives Ltd. and Alaska Peninsula Corp.*

 /s/ Paul A. Werner
Paul A. Werner (admitted pro hac vice)

SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
Phone: (202) 747-1900
Email: pwerner@sheppardmullin.com

*Lead Counsel for Trout Unlimited*


 /s/ Jeffrey M. Feldman
Jeffrey M. Feldman
(AK Bar No. 7605029)
SUMMIT LAW GROUP PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
Phone: (206) 676-7000
Email: jefff@summitlaw.com

*Lead Counsel for the Bristol Bay Intervenors*

 /s/ Siobhan McIntyre
Siobhan McIntyre
(AK Bar No. 1206050)
TRUSTEES FOR ALASKA
121 W. Fireweed Ln., Suite 105
Anchorage, AK 99503
Phone: (907) 276-4244
Email: smcintyre@trustees.org

*Lead Counsel for the SalmonState Intervenors*