Damien M. Schiff, Cal. Bar No. 235101*
Luke A. Wake, Cal. Bar No. 264647*
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA 95814
Telephone: (916) 419-7111
DSchiff@pacificlegal.org
LWake@pacificlegal.org

*Pro Hac Vice

Attorneys for Plaintiffs
Iliamna Natives Ltd. and
Alaska Peninsula Corp.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ILIAMNA NATIVES LTD. and ALASKA PENINSULA CORP., <br><br> Plaintiffs, <br><br> v. <br><br> ENVIRONMENTAL PROTECTION AGENCY; et al., <br><br> Defendants, <br><br> and <br><br> UNITED TRIBES OF BRISTOL BAY, et al., <br><br> Intervenor-Defendants, <br> TROUT UNLIMITED, <br><br> Intervenor-Defendant, <br> SALMONSTATE, et al., <br><br> Intervenor-Defendants. | Case No. 3:24-cv-00132-SLG |

**RESPONSE OF PLAINTIFFS ILIAMNA NATIVES LTD. AND ALASKA PENINSULA CORP. TO NOTICE OF INTENT TO CONSOLIDATE**

*Iliamna Natives Ltd. v. EPA*                    1
No. 3:24-cv-00132-SLG

In response to the Court's notice of intent to consolidate, Doc. 43, Plaintiffs Iliamna Natives Ltd. (INL) and Alaska Peninsula Corporation (APC) state that they do not oppose the consolidation of this action with *Northern Dynasty Minerals Ltd v. United States Environmental Protection Agency*, No. 3:24-cv-00059-SLG, and *Alaska v. United States Environmental Protection Agency*, No. 3:24-cv-00084-SLG, provided that each action's plaintiff or plaintiffs will retain the right to file their own motions and briefs, including motions and briefs for summary judgment. Such a condition is particularly important for INL and APC, given that no other plaintiff raises a non-delegation claim against EPA's veto of the Pebble mine project or against EPA's authority under Section 404(c) of the Clean Water Act. *Cf. Garber v. Randell*, 477 F.2d 711, 713–14 (2d Cir. 1973) ("[W]here the claims against, or defenses of, some parties are substantially different from those of others, some may be prejudiced by consolidation . . . .").

DATED: October 25, 2024.

|  | Respectfully submitted, |
| --- | --- |
|  | DAMIEN M. SCHIFF* |
|  | LUKE A. WAKE* |
| *Pro Hac Vice* | By___/s/ Luke A. Wake_____ |
|  | LUKE A. WAKE, *Pro Hac Vice* |
|  | Cal. Bar No. 264647 |
|  | *Attorneys for Plaintiffs* |
|  | *Iliamna Natives Ltd. and* |
|  | *Alaska Peninsula Corp.* |

**Certificate of Service**

I certify that on October 25, 2024, I filed the foregoing using the Court's

ECF system, which will provide service to all counsel of record.

/s/ Luke A. Wake
LUKE A. WAKE, *Pro Hac Vice*
